WILLIAM J. FOX, Respondent, *v.* MILLARD CONSTRUCTION COMPANY, Appellant.

*Fox* v. *Millard Construction Co.*, 138 App. Div. 917, affirmed.
(Argued January 17, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon certain contracts.

*William A Keener* and *Wilbur L. Ball* for appellant.

*D. D. Dickson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.